

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:           01-15-00808-CR & 01-15-00809-CR

Style:                  Jason Robinson v. The State of Texas

Date motions filed*:    April 4, 2016

Type of motion:         Third Motion for Extension of Time to File Appellant's Brief

Party filing motions:   Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              February 4, 2016

    Number of extensions granted:        2          Current Due Date:  April 7, 2016

    Date Requested:              May 7, 2016 (93 days from original due date)

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:  May 9, 2016.

        ☑        No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Because appellant's counsel states that she needs additional time to file appellant's brief in this appeal since, among several other briefs she has been preparing, she had missed a week of work due to a medical emergency with her husband, her third extension is **granted, but counsel is warned that no further extensions will be granted** given the length of the extension.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief is not filed by **May 9, 2016**, the Court may abate this appeal for a late-brief hearing.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
                ☒  Acting individually

Date:  April 7, 2016